# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1544

_____

Ricky Curry,

        Appellant,

v.

Dr. Asemato; Dr. Harold Cranford;
Candy Reeves; Grant Harris;
Greg Socia; Larry Norris;
Arkansas Department of Correction;
Max Mobley,

        Appellees.

\* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: April 2, 1999
Filed: June 7, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Ricky Curry appeals the district court's[1] order dismissing without prejudice his 42 U.S.C. § 1983 action against various prison officials for failure to exhaust his

_____

[1]The HONORABLE WILLIAM R. WILSON, JR., United States District Judge for the Easten District of Arkansas, adopting the report and recommendations of the HONORABLE JERRY W. CAVANEAU, United States Magistrate Judge for the Eastern District of Arkansas.

administrative remedies.  After carefully reviewing the record, we conclude that Curry did not exhaust available prison remedies and therefore the district court's dismissal was consistent with 42 U.S.C. § 1997e(a).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.